**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7381**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JOHNNY LEE GORE,

            Defendant - Appellant.

---

**No. 07-7445**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JOHNNY LEE GORE,

            Defendant - Appellant.

---

Appeals from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Senior District Judge.  (4:01-cr-00627-CWH-9)

---

Submitted:  October 1, 2008          Decided:  November 3, 2008

---

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Johnny Lee Gore, Appellant Pro Se.  Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Johnny Lee Gore appeals the district court's orders denying Gore's motions to dismiss the indictment (No. 07-7381) and to disclose exculpatory evidence and present new evidence (No. 07-7445). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Gore</u>, No. 4:01-cr-00627-CWH-9 (D.S.C. Sept. 17 and 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>